IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CORY D. BRADLEY
Reg #31675-044                                                              PETITIONER

v.                            Case No. 2:11-cv-120-DPM

T.C. OUTLAW                                                                 RESPONDENT

## JUDGMENT

Successive petition for habeas corpus dismissed without prejudice. No certificate of appealability shall issue.

_____
D.P. Marshall Jr.
United States District Judge

22 Sept. 11